**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** _____    **Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:    ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice    ____/____/_____

**New total payment:**    $ _____
Principal, interest, and escrow, if any

**Part 1:** **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ❏ No
   ❏ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**  $ _____    **New escrow payment:**    $ _____

**Part 2:** **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ❏ No
   ❏ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:**    _____%    **New interest rate:**    _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

**Part 3:** **Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❏ No
   ❏ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

       Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ _____    Date ____/____/_____
   Signature

Print:   _____    Title _____
          First Name        Middle Name       Last Name

Company   _____

Address   _____
          Number        Street

          _____
          City                  State       ZIP Code

Contact phone   (_____) _____– _____    Email _____

**IN THE UNITED STATES BANKRUPTCY COURT**

**PAYMENT CHANGE SUMMARY**

**Completed By:** _____

_____ (Date)

| | |
|---|---|
| **Debtor(s) & Address:** | **Case No.** _____ |
| | **Claim No.** _____ |
| | **USDA Acct No.** _____ |

| | |
|---|---|
| **Attorney & Address:** | **Trustee & Address:** |

**Effective** _____ **, the monthly ongoing payment is changing due to:**

    __ **ESCROW:**

    __ **OTHER:**

---

**PAYMENT CALCULATION**

| Current Payment | | New Payment | |
|---|---|---|---|
| Principal & Interest | _____ | Principal & Interest | _____ |
| Less Subsidy | _____ | Less Subsidy | _____ |
| Total P&I Payment | _____ | Total P&I Payment | _____ |
| | | | |
| Escrow | _____ | Escrow | _____ |
| Escrow shortage | _____ | Escrow shortage | _____ |
| Total Escrow | _____ | Total Escrow | _____ |
| | | | |
| Fees | _____ | Fees | _____ |
| | | | |
| Total Payment | _____ | Total Payment | _____ |

# **CERTIFICATE OF SERVICE**

I, _____, do hereby certify that on _____, I served copies of the Notice of Final Cure Payment to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

Debtor(s)

Via CM/ECF:

Debtor's Attorney of Record:

Chapter 13 Trustee:

Date: _____                    /s/ _____

                        Bankruptcy Specialist
                        USDA, Rural Housing Service
                        1-800-349-5097 ext.

"

```
E
USDA RURAL DEVELOPMENT - CSC    -650
4300 GOODFELLOW BLVD.
BLDG 105E   FC-252
ST. LOUIS           MO 63120-1703

800-414-1226
```



```
TONYA L SIMPSON
160 CR 553
RIPLEY           MS 38663
```

                                          DATE: 08/23/23


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    11/23 THROUGH    10/24.
------- ANTICIPATED PAYMENTS FROM ESCROW -    11/23 THROUGH    10/24 -------
          FP INSURANCE                          770.15
          COUNTY TAX                            339.30

        TOTAL PAYMENTS FROM ESCROW             1109.45

        MONTHLY PAYMENT TO ESCROW                92.45 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    11/23 THROUGH    10/24 --------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW    FROM ESCROW  DESCRIPTION     ANTICIPATED        REQUIRED
                    ACTUAL STARTING BALANCE          852.17            924.55
NOV 23     92.45                                     944.62           1017.00
DEC 23     92.45                                    1037.07           1109.45
JAN 24     92.45       339.30    COUNTY TAX          790.22            862.60
FEB 24     92.45       770.15    FP INSURANCE ALP    112.52    RLP     184.90
MAR 24     92.45                                     204.97            277.35
APR 24     92.45                                     297.42            369.80
MAY 24     92.45                                     389.87            462.25
JUN 24     92.45                                     482.32            554.70
JUL 24     92.45                                     574.77            647.15
AUG 24     92.45                                     667.22            739.60
SEP 24     92.45                                     759.67            832.05
OCT 24     92.45                                     852.12            924.50

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS       -72.38.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS           0.00.

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
          PRINCIPAL & INTEREST                                        287.38
          ESCROW (1/12TH OF ANNUAL ANTICIPATED                         92.45
             DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS                              0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG                       0.00
          PLUS: SHORTAGE PAYMENT                                         6.03
          MINUS: SURPLUS CREDIT                                          0.00
          ROUNDING ADJUSTMENT                                            0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS                             0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 11/10/23       385.86
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      184.90.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS        184.90.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
09/16         158.54      10/16         158.54      11/16       12456.05   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00           0.00                                00/00           0.00
00/00           0.00                                00/00           0.00
```

```
USDA RURAL DEVELOPMENT - CSC   -650
4300 GOODFELLOW BLVD.
BLDG 105E  FC-252
ST. LOUIS              MO 63120-1703

800-414-1226
```



```
TONYA L SIMPSON
160 CR 553
RIPLEY             MS 38663

                             DATE: 08/23/23


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING AUG, 2022 AND ENDING JUL,2023.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

          --- YOUR PAYMENT BREAKDOWN AS OF AUG, 2022 IS ---

               PRINCIPAL & INTEREST          287.38
               ESCROW DEPOSIT                 89.16
               OPTIONAL INSURANCE              0.00
               REPLACE RESV/FHA SVC CHG        0.00
               SHORTAGE                        0.00
               DEFICIENCY                      0.00
               SURPLUS                         0.00
               ROUNDING                        0.00
               LESS BUYDOWN/ASST PAYMENT       0.00
               BORROWER PAYMENT              376.54

        PAYMENTS TO ESCROW   --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH   PRIOR PRJ   ACTUAL   PRIOR PRJ   ACTUAL DESCRIPTION  PRIOR PRJ    ACTUAL
MAY 22    0.00                                                   0.00  -11445.67
JUN 22    0.00                                                   0.00  -11445.67
                             STARTING BALANCE                  624.22  -11445.67

AUG 22   89.16        *                                        713.38  -11445.67
SEP 22   89.16        *                                        802.54  -11445.67
OCT 22   89.16     158.54
OCT 22             158.54
OCT 22             158.54
OCT 22             158.54*                                     891.70  -10811.51
NOV 22   89.16        *                                        980.86  -10811.51
DEC 22   89.16        *                                       1070.02  -10811.51
JAN 23   89.16        *      332.72    339.30* COUNTY          826.46  -11150.81
FEB 23   89.16        *      737.30         *                  178.32 T -11150.81
```

```
MAR 23      89.16            *           770.15* FP INS    267.48    -11920.96 A
APR 23      89.16            *                             356.64    -11920.96
MAY 23      89.16            *                             445.80    -11920.96
JUN 23      89.16            *                             534.96    -11920.96
JUL 23      89.16            *                             624.12    -11920.96
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS        178.32. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
   -11920.96.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

```
05/16         158.54      06/16       158.54       07/16          158.54

00/00           0.00                              00/00            0.00
00/00           0.00                              00/00            0.00
00/00           0.00                              00/00            0.00
```